UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
JESUS LUGO et al.,                                    :

                  Plaintiffs,          :              25-CV-5135 (JMF)

       -v-                                          :              <u>ORDER</u>

CITY WINERY, LLC et al.,                     :

                Defendants.       :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 30, Defendants' earlier motion to dismiss filed at Docket No. 16 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **October 27, 2025**. Defendants' reply, if any, is due by **November 3, 2025**.

      The Clerk of Court is directed to terminate Docket No. 16.

      SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                                  _____
                                                     JESSE M. FURMAN
                                                United States District Judge