

Christoper R. Lepore

Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
D: 312 634 5715

April 28, 2026

**<u>VIA ECF</u>**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

> **Re:**   ***Lugo et al. v. City Winery LLC, et al***
> **<u>Case No.  1:25-cv-05135-JMF</u>**

Dear Judge Furman:

We represent Defendants in the above-captioned matter We are counsel for Defendants City Winery, LLC, et al. in the above-captioned matter and write in response to Plaintiffs' letter dated April 28, 2025 (ECF No. 48), and to respectfully request reconsideration of the Court's order (ECF No. 49). Plaintiffs' characterization of Defendants' conduct is misleading. Defendants have not refused to meet and confer; they have simply communicated reasonable scheduling constraints. At the end of last week through the weekend, the undersigned and other attorneys at Akerman were out of town at a firm retreat. Moreover, our client's key personnel are traveling for business and are unavailable to consult until Friday, May 1, 2026. Without first conferring with the client, undersigned counsel cannot meaningfully assess the burden and scope of the class-wide sampling and discovery that Plaintiffs seek to discuss. We made this clear to Plaintiffs' counsel over email before they filed their letter. A meet and confer conducted without that foundational understanding would be an empty exercise and a waste of the parties' time.

Defendants have already committed to meeting with Plaintiffs' counsel on Tuesday, May 5, 2026 — a date that is entirely reasonable under the circumstances and well within the bounds of good-faith cooperation.  Plaintiffs' rush to the Court over a matter of days reflects a preference for motion practice over professional courtesy.

We respectfully request that the Court deny Plaintiffs' request and permit the parties to meet and confer on the already-agreed date of May 5, 2026.

Respectfully submitted,

The Honorable Jesse M. Furman
April 28, 2026
Page 2

_____

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Christopher Lepore*
Christopher R. Lepore
Partner

cc:

C.K. Lee, Esq. (via ECF)
James Jackson, Esq. (via ECF)

86411913;1