akerman

Christopher R. Lepore

Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
D: 312 634 5715

July 31, 2026

Application GRANTED. Defense counsel shall contact Chambers by email to receive a call-in number for the in-person conference.

The Clerk of Court is directed to terminate ECF No. 71.

SO ORDERED.

August 3, 2026

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

**Re:** ***Lugo et al. v. City Winery LLC, et al***
**Case No. 1:25-cv-05135-JMF**

Dear Judge Furman:

We are counsel for Defendants City Winery, LLC, et al. ("Defendants") in the above-captioned matter. We respectfully write to request that Christopher R. Lepore be permitted to appear remotely (by telephone or video conference, at the Court's preference) at the Local Rule 37.2 conference scheduled for August 5, 2026, at 11:15 a.m. in Courtroom 24B of the Daniel Patrick Moynihan Courthouse.

Mr. Lepore is based in Akerman LLP's Chicago, Illinois office and is unable to travel to New York for this conference. His colleague, M. Adil Yaqoob, co-counsel for Defendants, will appear in person at the conference on Defendants' behalf.

Defendants respectfully request that the Court grant permission for Mr. Lepore to appear remotely at the August 5, 2026 conference. We are available to provide any additional information the Court may require.

Respectfully Submitted,

*/s/ Christopher Lepore*
Christopher R. Lepore
Partner