akerman

Christopher R. Lepore

Akerman LLP
1251 Avenue of the Americas, 37th Floor
| New York, NY 10020
D: 312-634-5715

October 15, 2026

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl St., Room 24B
New York, NY 10007

**Re:** ***Lugo et al. v. City Winery LLC, et al***
**Case No. 1:25-cv-05135-JMF**

Dear Judge Furman:

Plaintiffs and Defendants (together, the "Parties") jointly submit this status letter pursuant to the Court's October 13, 2026 Order (ECF No. 86).

Defendants served amended interrogatory responses on August 22, 2026, and made a supplemental document production related to the named Plaintiffs on September 25, 2026, including documents pertaining to event tips. Defendants are now making a rolling production of class- and collective-wide discovery, beginning with documents to be produced today, and expect to complete that production shortly.

There are currently no discovery disputes ripe for the Court's intervention, and the Parties will work together in good faith to resolve any disputes that arise before involving the Court. Accordingly, the Parties respectfully submit that a conference is unnecessary at this time and respectfully request that the Court cancel conference scheduled for October 20, 2026.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Christopher Lepore*
Christopher R. Lepore
Partner

---

Akerman LLP, Attorneys for Defendants

*/s/ Robert A. Kansao*
Robert A. Kansao
Lee Litigation Group,
PLLC, Attorneys for Plaintiffs

cc:

All counsel of record (via ECF)